**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William M. Kenney <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 13-14696 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2645

                                              Respectfully submitted,

                                              **/s/Thomas Puleo, Esquire**
                                              Thomas Puleo, Esquire
                                              Brian C. Nicholas, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406