# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 13-14696-MDC

WILLIAM M. KENNEY

114 CINNAMON HILL ROAD

KING OF PRUSSIA, PA 19406

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WILLIAM M. KENNEY

  114 CINNAMON HILL ROAD

  KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

  ZACHARY PERLICK, ESQ.
  1420 WALNUT ST
  SUITE 718
  PHILADELPHIA, PA 19102-

                                            /S/ William C. Miller

Date: 8/4/2017                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee