Certificate Number: 05781-PAE-DE-030126222

Bankruptcy Case Number: 13-14696



05781-PAE-DE-030126222

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2017, at 5:57 o'clock AM PST, William Kenney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 5, 2017

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President