```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                        Case No. 13-14696-mdc
William M. Kenney                                             Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Antoinett           Page 1 of 2            Date Rcvd: Aug 07, 2018
                               Form ID: 138NEW           Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
```
db             +William M. Kenney,    114 Cinnamon Hill Road,    King of Prussia, PA 19406-1826
13064801        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13119124        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13064802      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greesboro, NC 27410)
13064803        Bank of America,    PO Box 15019,    Louisville, KY 40285-5350
13077094       +Bank of America,    c/o Ann E. Swartz, Esq,    123 S. Broad Street,    Suite 1400,
                 Phila., PA 19109-1060
13177498        Bank of America, N.A.,    P.O. Box 660933,    Dallas , Texas 75266-0933
13064805        Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13084856       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13064807       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2018 02:29:19      Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud, MN  56302-9617
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:59:47
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:33:08      The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13221260        E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:34:17
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14106268       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:33:06
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13149799       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:45      CACH, LLC,
                 4340 S. MONACO ST. 2ND FLOOR,    DENVER, CO 80237-3485
13064804       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:10      Cach, LLC,
                 4340 S. Monaco Street, Unit 2,    Denver, CO 80237-3485
13064806        E-mail/Text: mrdiscen@discover.com Aug 08 2018 02:28:34      Discover,    P.O. Box 15251,
                 Wilmington, DE 19886-5251
13073670        E-mail/Text: mrdiscen@discover.com Aug 08 2018 02:28:34      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13123747        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2018 02:29:18      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13155682        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:33:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13072477        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:28:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13074583        E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:33:41      The Bureaus Inc.,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13064808       +E-mail/Text: BKRMailOps@weltman.com Aug 08 2018 02:29:13      Weltman, Weinberg & Reis, CO.,
                 Robert T. Lieber, Esquire,    325 Chestnut Street, Sutie 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13133085*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13455247*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
                                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW             Total Noticed: 26
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER2     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              ZACHARY   PERLICK    on behalf of Debtor William M. Kenney Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William M. Kenney
    Debtor(s)

Bankruptcy No: 13–14696–mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/7/18

53 – 52
Form 138_new